**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Stephen Edwin BOTELHO–PEREZ,**
**Defendant—Appellant.**

No. 04–8011.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2005.

Decided: April 20, 2005.

Stephen Edwin Botelho–Perez, Appellant pro se.

John Evan DePadilla, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Edwin Botelho–Perez, a federal inmate, appeals the district court's order denying his motion to correct his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Botehlo–Perez,* No. CR–02–124 (E.D.Va. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*